IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    03-cr-00036-13-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JEREMIAH WARREN,

       Defendant.

**Minute Order Entered by Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    A supervised release hearing is set for **April 21, 2010, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:  April 5, 2010